Argued March 20, 1975. *Clayton T. Hyman,* with him *Coleman and Hyman,* for appellant; *Steven A. Arbittier,* with him *Wolf, Block, Schorr and Solis-Cohen,* for appellee.

Order affirmed.

## Meredith et vir, Appellants, *v.* Frederick.

opinion by HIRSH, J. Argued March 21, 1975. *John M. Alivernini,* with him *G. Wayne Renneisen, David N. Rosen,* and *Harvey, Pennington, Herting & Renneisen,* for appellants; *William V. Coleman,* with him *Liebert, Short, Fitzpatrick & Lavin,* for appellee.

Order affirmed.

## Murdock, Appellant, *v.* Shaffner.

opinion by MORGAN, J. Argued March 10, 1975. *John J. Krafsig, Jr.,* for appellant; *David E. Lehman,* with him *G. Thomas Miller,* and *McNees, Wallace & Nurick,* for appellee.

Order affirmed.

## Oseredzuk, Appellant, *v.* Warner Company.

opinion by KALISH, J. Argued March 17, 1975. *Arnold Levin,* with him *Freedman, Borowsky and Lorry,* for appellant; *Thomas J. Ingersoll,* with him *Deasey, Scanlan & Bender,* for appellee.

Order affirmed.